RECEIVED
IN LAKE CHARLES, LA.

JUN 29 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| BRIAN SALTZMAN<br>LA. DOC. #1971901 | : | DOCKET NO. 2:10 CV1266<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| STEVE RADER, WARDEN, DIXON<br>CORRECTIONAL INSTITUTE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___ day of ____June____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE